1 | LYNN HUBBARD, III, SBN 69773
2 | SCOTTLYNN J. HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
3 | 12 WILLIAMSBURG LANE
CHICO, CA 95926
4 | Telephone: (530) 895-3252
5 | Facsimile: (530) 894-8244

6 | Attorney for Plaintiff

7

8 | THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | JAMES SANFORD,                        ) No: CIV.S. 05-1851 MCE GGH
13 |         Plaintiff,                   )
                                          ) **REQUEST FOR DISMISSAL AND**
14 |    vs.                               ) **ORDER THEREON**
15 |                                      )
   | AUTOZONE WEST, INC. dba              )
16 | AUTOZONE #5603; SOUTHLAND            )
   | CORPORATION,                         )
17 |                                      )
   |         Defendants.                  )
18 |                                      )
19 |                                      )
20

21 | The Plaintiff requests, subject to approval of the Court, as follows:

22 | 1. Defendant SOUTHLAND CORPORATION shall be dismissed from the
23 |
24 | above entitled action, without prejudice.

25 | ///

26 | ///

27 | ///

28

///

2. Nothing in this Stipulation for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant SOUTHLAND CORPORATION.

Dated: October 11, 2005          LAW OFFICES OF LYNN HUBBARD

                                            /s/ Lynn Hubbard, Esquire         /
                                          LYNN HUBBARD, III
                                          Attorney for Plaintiff

IT IS SO ORDERED:

Date: October 13, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE