Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff
JAMES SANFORD

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>     Plaintiff,<br><br>     vs.<br><br>AUTOZONE WEST, INC. dba<br>AUTOZONE #5603, <u>et al.</u>,<br><br>     Defendant. | CIV.S 05-1851 MCE GGH<br><br>**Plaintiff's Request to Continue the Filing of the Joint Status Report Order Thereon** |

Plaintiff hereby requests that the filing of the joint status report be continued a minimum of thirty days to allow all defendants to appear in this action. Plaintiff makes this request based on the fact that defendant, AUTZONE WEST, INC. dba AUTOZONE #5603, has been served in this action, but has not yet appeared. Defendant's answer to the complaint is due on or before November 30, 2005. In addition, defendant WRI GOLDEN STATE, LLC has not yet been served with Plaintiff's First Amended Complaint. Plaintiff anticipates serving this defendant within the

///

Page 1

1  next ten (10) days.  Plaintiff feels that if the status conference is continued it
2  would allow defendants ample time to appear in this action.
3      Therefore, plaintiff respectively submits that it would be counter
4  productive to file a status report or hold a status conference at this time.

Dated: November 14, 2005    LAW OFFICES OF LYNN HUBBARD

    /s/ Scottlynn Hubbard, Esquire    /
SCOTTLYNN J HUBBARD, IV
Attorney for Plaintiff
JAMES SANFORD

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the filing of the joint status report be continued a minimum of thirty (30) days to December 15, 2005 with the meet and confer regarding Fed. R. Civ. P. 26(f) to occur seven (7) days prior to the filing of the joint status report.

Dated: November 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE