LYNN HUBBARD, III, SBN 69773
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorney for Plaintiff

MICHELE ALLEN, SBN 180882
LITTLER MENDELSON
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833
Telephone: (916) 561-5300
Fax: (916) 561-0828

Attorney for Defendant Autozone West, Inc. dba Autozone #5603

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>         Plaintiff,<br><br>     v.<br><br>AUTOZONE WEST, INC. dba AUTOZONE #5603; WRI GOLDEN STATE, LLC,<br><br>         Defendants.<br>_____/ | Case No. 2:05-cv-1851-MCE-GGH<br><br>**REQUEST FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff JAMES SANFORD, and defendant AUTOZONE WEST, INC. dba AUTOZONE #5603, Plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant AUTOZONE WEST, INC. dba AUTOZONE #5603 only.**

Nothing in this Request for Dismissal shall be construed to affect Plaintiff's Complaint and claims in the above-referenced case against Defendants other than Defendant AUTOZONE WEST, INC. dba AUTOZONE #5603.

///

| | | |
|---|---|---|
| 1 | Dated: July 18, 2006 | LAW OFFICES OF LYNN HUBBARD |
| 2 | | /s/ Lynn Hubbard, III, Esquire |
| 3 | | LYNN HUBBARD, III<br>Attorney for Plaintiff |
| 4 | | |
| 5 | Dated: July 18, 2006 | LITTLER MENDELSON |
| 6 | | /s/ Michele Allen, Esquire<br>MICHELE ALLEN |
| 7 | | Attorney for Defendant Autozone West, Inc. dba Autozone #5603 |

## ORDER

IT IS HEREBY ORDERED that the Complaint of Plaintiff, USDC Case No. 2:05-cv-1851-MCE-GGH, is hereby dismissed with prejudice **as to Defendant AUTOZONE WEST, INC. dba AUTOZONE #5603 only.**

Dated: July 25, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE