1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11  JAMES SANFORD,                    No. 2:05-cv-1851-MCE-GGH
12          Plaintiff,
13       v.                           **ORDER RE: SETTLEMENT AND DISPOSITION**
14  WRI GOLDEN STATE, LLC,
15          Defendant.
16  _____/
17       Pursuant to the representations of the attorney for
18  Plaintiff, the Court has determined that this case is settled.
19       In accordance with the provisions of Local Rule 16-160,
20  dispositional documents are to be filed on or before September 8,
21  2006.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: August 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE