1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  L. PETER RYAN, SBN 134291
   MBV LAW, LLP
7  855 Front Street
   San Francisco, CA 94111
8  Telephone: (415) 781-4400
   Fax: (415) 989-5143
9
   Attorney for Defendant
10

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13
   JAMES SANFORD,                    No. 2:05-cv-1851-MCE-GGH
14
            Plaintiff,
15
        v.                           **STIPULATION OF DISMISSAL AND
16                                   ORDER THEREON**

17 AUTOZONE WEST, INC. dba AUTOZONE
   #5603; WRI GOLDEN STATE, LLC,
18
            Defendants.
19  _____/

20      TO THE COURT AND ALL PARTIES:

21      Pursuant to a Settlement Agreement and Release between plaintiff, JAMES

22 SANFORD, and defendant, WRI Golden State, LLC, the parties hereby request that the

23 above referenced case be dismissed with prejudice with each party to bear their own

24 attorneys' fees and costs.

25 ///

26 ///

27 ///

28 ///

1  Dated: August 29, 2006                    LAW OFFICES OF LYNN HUBBARD, III

2

3                                             /s/ Lynn Hubbard, III, Esquire
                                             LYNN HUBBARD, III
4                                            Attorney for Plaintiff

5
   Dated: July 30, 2006                      MBV LAW, LLP
6

7
                                              /s/ L. Peter Ryan, Esquire
8                                            L. PETER RYAN
                                             Attorney for Defendant
9

10

11                                  **ORDER**

12       IT IS HEREBY ORDERED that the Complaint of Plaintiff, 2:05-cv-1851-MCE-GGH,

13  is hereby dismissed with prejudice.

14

15  Dated: August 30, 2006

16

17
                                             _____
18                                           MORRISON C. ENGLAND, JR
19                                           UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28